FILED BY _____ D.C.

05 SEP -6 PM 5:01

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

v.

ALVIN IRWIN MOSS, et al.

Case Number 05-35-D

ORDER

Before this Court is the application of Lloyd J. Weinstein, Esq., for admission *Pro Hac Vice* to appear for Witness Lori Paisano. Counsel for Ms. Paisano has made the representation that he is duly admitted to practice law in the Courts of the State of New York, and in the Federal jurisdiction thereof, and as such his application is GRANTED.

Dated: 9-6-2005
Memphis, Tennessee

IT IS SO ORDERED:

_____
BERNICE B. DONALD
United States District Court Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-MC-00035 was distributed by fax, mail, or direct printing on September 8, 2005 to the parties listed.

---

Lloyd J. Weinstein
THE WEINSTEIN LAW GROUP
Ten Newton Place , Suite 201
Hauppauge, NY 11788

Honorable Bernice Donald
US DISTRICT COURT