FILED BY ___ D.C.

05 SEP -9 PM 3: 52

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

**In re Lorraine Paisano**                         Misc. No. 05-MC-35 D

**UNITED STATES OF AMERICA,**
Plaintiff,                                         Case No. 02-20165 D

v.

**ROBERT MURRAY BOHN,**
Defendant.

## ORDER

This cause came on for hearing on the motion of Witness Lorraine Paisano seeking permission to appear for trial via video conference. Based on the Government's statement that they will withdraw their subpoena, the motion is DENIED as moot.

**IT IS SO ORDERED** this _8th_ day of _September_, 2005.

_____
BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and, 79(a) FRCP on _9/9/05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-MC-00035 was distributed by fax, mail, or direct printing on September 12, 2005 to the parties listed.

---

Lloyd J. Weinstein
THE WEINSTEIN LAW GROUP
Ten Newton Place , Suite 201
Hauppauge, NY 11788

Honorable Bernice Donald
US DISTRICT COURT